Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
Mlambert@obl.law
Attorney for Plaintiff, Kathleen Esparza

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN ESPARZA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00681-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Motion for Summary Judgment and Supporting Brief. This is Plaintiff's first request for an extension.

Plaintiff respectfully requests that this Court grant a 30 day extension to file her Motion for Summary Judgment and Supporting Brief from July 12, 2023, to August 11, 2023. Plaintiff intends on raising numerous fact-intensive issues in this case, and the certified administrative record is in excess of 5,400 pages. Additionally, this is the second appeal to the Federal District Court regarding Plaintiff's application for disability benefits, adding complexity to the procedural history and issues presented.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

July 5, 2023
DATED

*/s/ Meghan O. Lambert*
MEGHAN O. LAMBERT, ESQUIRE
Attorney for Plaintiff, Kathleen Esparza

July 5, 2023
DATED

By: */s/ Geralyn Gulseth*
(*as authorized by email on June 21, 2023
Geralyn Gulseth
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: July 5, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE