Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
Mlambert@obl.law
Attorney for Plaintiff, Kathleen Victoria Esparza

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN VICTORIA ESPARZA, | Case No.: 2:23-cv-00681-AC |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN ENLARGEMENT OF PAGE LIMIT OF PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have a 4-page enlargement of the 20-page limit for her Brief in Support of Motion for Summary Judgment.

Plaintiff respectfully requests that the Court grant a 4-page enlargement of the 20-page limit on briefs in this case.  There is good cause for this request.  The certified administrative record in this case exceeds 5,400 pages, and two fact-intensive arguments are presented in Plaintiff's Brief.  In addition, this is the second appeal to the Federal District Court regarding Plaintiff's application for disability benefits, adding complexity to the procedural history and issues presented.  Plaintiff apologizes to the Court for filing this Stipulation after filing the Motion

for Summary Judgment; the 20-page limit was inadvertently overlooked when finalizing the Motion for Summary Judgment and Supporting Brief for ECF filing this day.  Plaintiff respectfully requests that the Court grant this enlargement of time and accept Plaintiff's Motion for Summary Judgment and Supporting Brief as properly filed.

The parties further stipulate that Defendant shall also be allowed a 4-page enlargement of the 20-page limit, if necessary.

Respectfully submitted,

August 11, 2023  
DATED

/s/ Meghan O. Lambert  
MEGHAN O. LAMBERT, ESQUIRE  
Attorney for Plaintiff, Kathleen Victoria Esparza

August 11, 2023  
DATED

By: /s/ Geralyn Gulseth  
(*as authorized by email on August 11, 2023  
Geralyn Gulseth  
Special Assistant U.S. Attorney  
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: August 14, 2023

ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

Enlargement of Page Limit Stipulation, 2:23-cv-00681-AC