PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (877) 833-2445
    E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VICTORIA ESPARZA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-CV-00681-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 11, 2023 up to and including October 11, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the more than 2,700 page administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in pending disability cases, and was out of the office from August 28, 2023, until September 5, 2023.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 6, 2023     /s/ *Meghan O. Lambert*\*
(*as authorized via e-mail on September 6, 2023)
MEGHAN O. LAMBERT
Attorney for Plaintiff

Dated: September 6, 2023     PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 11, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: September 5, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE