PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Tel: 877-833-2445
      E-mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant


SHERIANNE LABA, SBN 204247
Osterhout Berger Daley, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: (412) 794-8003
Fax: (412) 794-8050
Email: slaba@obl.law
Attorney for Plaintiff, Kathleen Victoria Esparza

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| Kathleen Victoria Esparza,<br><br>          Plaintiff,<br><br>          v.<br><br>Martin J. O'Malley, Commissioner of Social Security,<br><br>          Defendant. | Case No.  2:23-cv-00681-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of EIGHT THOUSAND EIGHT HUNDRED SIXTY-NINE DOLLARS and 00/100 ($8,869.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of FOUR HUNDRED TWO DOLLARS ($402.00), to be paid separately from the Judgment Fund. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). Plaintiff attests her net worth has not exceeded, $2,000,000.00, at the time of the filing of this civil action nor at the present.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Sherianne Laba, at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of EIGHT THOUSAND EIGHT HUNDRED SIXTY-NINE DOLLARS and 00/100 ($8,869.00) in EAJA attorney fees and FOUR HUNDRED TWO

DOLLARS and 00/100 ($402.00) in costs to be paid separately from the Judgment Fund. The reimbursement of costs, not meeting any of the exception waivers provided for by 31 C.F.R. § 208.4, shall be made payable to Plaintiff's counsel, Sherianne Laba, and electronically deposited directly to the bank account of the law firm of Osterhout Berger Daley, LLC as required by 31 C.F.R. § 208.3 and the Bureau of Fiscal Service, Department of the Treasury.

These payments shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Sherianne Laba, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,


Dated: July 16, 2024          */s/ Sherianne Laba*          
                              SHERIANNE LABA, ESQUIRE
                              Attorney for Plaintiff

Dated: July 16, 2024          PHILLIP A. TALBERT
                              Acting United States Attorney
                              MATTHEW W. PILE, WSBN 32245
                              Associate General Counsel
                              Office of Program Litigation, Office 7

                              By:  */s/ Erin Jurrens*          
                              ERIN A. JURRENS, MO 61402
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*Permission to use electronic signature
                              obtained via email on July 15, 2024).

-3-

IT IS SO ORDERED:

DATE: July 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE